1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11   CONNIE TU,                                Case No.:  24-cv-1221-WQH-MSB

                                  Plaintiff,
12                                             **ORDER**

13   v.

14   EXPERIAN INFORMATION
     SOLUTIONS, INC., et al.,
15
                                  Defendants.
16

17   HAYES, Judge:

18        On August 15, 2024, Defendant Trans Union LLC ("Trans Union") filed its Answer

19   in this case. (ECF No. 9.)

20        On August 29, 2025, Defendant Trans Union filed a Motion for Leave to File a First

21   Amended Answer and Defenses to Plaintiff's Complaint. (ECF No. 70.)

22        On September 5, 2025, the Court ordered that any opposition to the motion be filed

23   no later than September 22, 2025. (ECF No. 72.) The docket reflects that Plaintiff Tu has

24   not filed an opposition to the motion.

25        Federal Rule of Civil Procedure 15 states that "[t]he court should freely give leave

26   [to amend] when justice so requires." Fed. R. Civ. P. 15(a). "This policy is to be applied

27   with extreme liberality." *Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th

28   Cir. 2003) (per curiam) (quotation omitted).

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED that the Motion for Leave to File a First Amended Answer and Defenses to Plaintiff's Complaint (ECF No. 70) is granted. Defendant Trans Union shall file any amended answer no later than fourteen (14) days from the date this Order is filed.

Dated:  October 17, 2025

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court

24-cv-1221-WQH-MSB