James Ristvedt, AZ Bar #035938
Admitted pro hac vice
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerjustice.com
T: (480) 626-1956
F: (480) 613-7733

Jenna Dakroub, CA # 350170
CONSUMER JUSTICE LAW FIRM PLC
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff*
*Connie Tu*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNIE TU,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, HAPPY MONEY, INC.,<br><br>Defendants. | Case No.: 3:24-cv-01221-WQH-MSB<br><br>**PLAINTIFF'S STATUS REPORT REGARDING SUPPLEMENTAL RESPONSE** |

Plaintiff Connie Tu ("Plaintiff"), pursuant to the Court's order dated April 6, 2026 (ECF 125), hereby files this status report:

At this time, Plaintiff does not intend to file a supplement to her Opposition to Defendant Experian Information Solutions, Inc.'s Renewed Motion to Compel Arbitration (ECF 83).

Plaintiff respectfully notes, however, that a discovery dispute arose between the Parties. The Parties are to participate in a telephonic informal discovery conference with Honorable Judge Ber on April 16, 2026 at 10:00 a.m. regarding Experian's responses to Plaintiff's Third Set of Requests for Interrogatories and Experian's deposition. *See* ECF 126.

Plaintiff believes that the Court's ruling on the current discovery dispute may bear on matters relevant to Experian's pending Renewed Motion to Compel Arbitration, Plaintiff respectfully requests leave to file a supplemental or amended opposition should the Court's forthcoming ruling on the discovery disputes warrants such supplementation, at which point Plaintiff will request to supplement her Opposition to Experian's Renewed Motion to Compel Arbitration.

Date: April 13, 2026 RESPECTFULLY SUBMITTED,

*<u>/s/ James Ristvedt</u>*
James Ristvedt, AZ Bar #035938
Admitted pro hac vice
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerjustice.com
T: (480) 626-1956
F: (718) 715-1750

Jenna Dakroub, CA # 350170
CONSUMER JUSTICE LAW FIRM PLC
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525

F: (718) 715-1750
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff,*
*Connie Tu*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Shaun Pambid*
Shaun Pambid